UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:01-cr-276 |
| ) | |
| v. ) | Honorable David W. McKeague |
| ) | |
| SHAY MARTIN ADKINS, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## ORDER DENYING SECTION 2255 MOTION

In accordance with the memorandum opinion filed this date:

IT IS ORDERED that the report and recommendation of the magistrate judge (docket # 49) is hereby ADOPTED as the opinion of the court, except that the finding concerning the statute of limitations is hereby VACATED.

IT IS FURTHER ORDERED that defendant's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (docket # 47) be and hereby is summarily DENIED.

DATED: June 16, 2005          /s/  David W. McKeague
                              DAVID W. McKEAGUE
                              UNITED STATES CIRCUIT JUDGE,
                              sitting by designation